UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| KAYLYN ROTH,<br><br>             Plaintiff,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC,<br><br>             Defendant. | No. 1:11-cv-01023-ACT-RHS |

### NOTICE OF CERTIFICATION FOR NON-MEMBER ATTORNEY

Pursuant to Rule 83.3 of the Local Civil Rules of the United States District Court for the District of New Mexico, effective September 9, 2008, the undersigned counsel for Defendant Beam Global Spirits & Wine, Inc. ("Beam") provides the following notice of certification for an associated non-member attorney:

1)   Counsel for Beam states that she is a member of the Federal Bar in this District.

2)   Counsel for Beam states that she has associated with non-member attorney Mary T. Yelenick in the defense of this action.

3)   Counsel for Beam states that she has signed the first pleading in this action in compliance with D.N.M.LR-Civ. 83.3.

4)   Counsel for Beam certifies that attorney Mary T. Yelenick is a member in good standing of the Bar of the State of New York.

5)   Counsel for Beam states that she will continue to associate with attorney Mary T. Yelenick in this action unless another Federal Bar member is substituted in compliance with D.N.M.LR-Civ. 83.3.

By  /s/ Theresa W. Parrish – Electronically Filed
Theresa W. Parrish
RODEY LAW
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
tparrish@rodey.com
Tel.:   (505)765-5900
Fax:   (505) 768-7395

- and -

Donald I Strauber
Mary T. Yelenick
Garrett S. Kamen
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
dstrauber@chadbourne.com
myelenick@chadbourne.com
gkamen@chadbourne.com
Tel:   (212) 408-5100
Fax:   (212) 541-5369

*Attorneys for Defendant Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.*

I hereby certify that a true and correct copy of the foregoing was served on counsel of record via the Court's CM/ECF system on March 20, 2012:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   /s/ Theresa W. Parrish – Electronically Filed
       Theresa W. Parrish