UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| KAYLYN ROTH,<br><br>          Plaintiff,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC,<br><br>          Defendant. | No. 1:11-cv-01023-ACT-RHS |

## NOTICE OF CERTIFICATION FOR NON-MEMBER ATTORNEY

Pursuant to Rule 83.3 of the Local Civil Rules of the United States District Court for the District of New Mexico, effective September 9, 2008, the undersigned counsel for Defendant Beam Global Spirits & Wine, Inc. ("Beam") provides the following notice of certification for an associated non-member attorney:

1) Counsel for Beam states that she is a member of the Federal Bar in this District.

2) Counsel for Beam states that she has associated with non-member attorney Donald I Strauber in the defense of this action.

3) Counsel for Beam states that she has signed the first pleading in this action in compliance with D.N.M.LR-Civ. 83.3.

4) Counsel for Beam certifies that attorney Donald I Strauber is a member in good standing of the Bar of the State of New York.

5) Counsel for Beam states that she will continue to associate with attorney Donald I Strauber in this action unless another Federal Bar member is substituted in compliance with D.N.M.LR-Civ. 83.3.

       By */s/ Theresa W. Parrish – Electronically Filed*
         Theresa W. Parrish
         RODEY LAW
         201 3rd Street NW, Suite 2200
         Albuquerque, NM  87102
         tparrish@rodey.com
         Tel.:   (505)765-5900
         Fax:   (505) 768-7395

         - and -

         Donald I Strauber
         Mary T. Yelenick
         Garrett S. Kamen
         CHADBOURNE & PARKE LLP
         30 Rockefeller Plaza
         New York, New York  10112
         dstrauber@chadbourne.com
         myelenick@chadbourne.com
         gkamen@chadbourne.com
         Tel:   (212) 408-5100
         Fax:   (212) 541-5369

         *Attorneys for Defendant Beam Global Spirits*
         *& Wine LLC, formerly known as Beam*
         *Global Spirits & Wine, Inc.*

I hereby certify that a true and correct copy of the foregoing was served on counsel of record via the Court's CM/ECF system on March 20, 2012:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:  */s/ Theresa W. Parrish – Electronically Filed*
   Theresa W. Parrish