## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KAYLYN ROTH,

                            Plaintiff,                    **No. 1:11-cv-01023-ACT-RHS**

            v.

BEAM GLOBAL SPIRITS & WINE, INC,

                            Defendant.

## <u>NOTICE OF CERTIFICATION FOR NON-MEMBER ATTORNEY</u>

Pursuant to Rule 83.3 of the Local Civil Rules of the United States District Court for the District of New Mexico, effective September 9, 2008, the undersigned counsel for Defendant Beam Global Spirits & Wine, Inc. ("Beam") provides the following notice of certification for an associated non-member attorney:

1)      Counsel for Beam states that she is a member of the Federal Bar in this District.

2)      Counsel for Beam states that she has associated with non-member attorney Robin D. Ball in the defense of this action.

3)      Counsel for Beam states that she has signed the first pleading in this action in compliance with D.N.M.LR-Civ. 83.3.

4)      Counsel for Beam certifies that attorney Donald I Strauber is a member in good standing of the Bar of the State of California.

5)      Counsel for Beam states that she will continue to associate with attorney Robin D. Ball in this action unless another Federal Bar member is substituted in compliance with D.N.M.LR-Civ. 83.3.

By    */s/ Theresa W. Parrish – Electronically Filed*
Theresa W. Parrish
RODEY LAW
201 3rd Street NW, Suite 2200
Albuquerque, NM  87102
tparrish@rodey.com
Tel.:    (505)765-5900
Fax:    (505) 768-7395

- and -

Donald I Strauber
Mary T. Yelenick
Garrett S. Kamen
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
dstrauber@chadbourne.com
myelenick@chadbourne.com
gkamen@chadbourne.com
Tel:    (212) 408-5100
Fax:    (212) 541-5369

- and -

Robin D. Ball
CHADBOURNE & PARKE LLP
350 South Grand Ave., 32nd Floor
Los Angeles, CA 90071
Tel: 213-892-2025
Fax: 213-892-2045
rball@chadbourne.com

*Attorneys for Defendant Beam Global Spirits*
*& Wine LLC, formerly known as Beam*
*Global Spirits & Wine, Inc.*

I hereby certify that a true and correct copy
of the foregoing was served on counsel of
record via the Court's CM/ECF system on
March 22, 2012.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    */s/ Theresa W. Parrish – Electronically Filed*
        Theresa W. Parrish