IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KAYLYN ROTH,**

      Plaintiffs,

v.                                       Case No. 11cv1023 ACT/RHS

**BEAM GLOBAL SPIRITS & WINE, INC**,

      Defendant.

### ORDER VACATING INITIAL SCHEDULING ORDER
### AND SETTING STATUS REPORT DEADLINE

NOTICE IS HEREBY GIVEN that the deadlines and scheduling conference previously set in the Initial Scheduling Order (Doc. 14) are vacated.

The parties must file a status report with the Court on or by May 1, 2012 and propose scheduling deadlines and a time frame for a Rule 16 Initial Scheduling Conference.

*/s/ Robert Hayes Scott*
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE