IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAYLYN ROTH,

    Plaintiffs

vs.                                                  Case Number: 1:11-cv-01023-ACT-RHS

BEAM GLOBAL SPIRITS & WINE, INC.,

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW Andrew G. Schultz (Rodey, Dickason, Sloan, Akin & Robb, P.A.) and enters his appearance as co-counsel on behalf of Defendant Beam Global Spirits & Wine, Inc. in connection with the above-captioned matter.

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By     /s/ Andrew G. Schultz                  .
             Theresa W. Parrish
             Andrew G. Schultz
P. O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
E-mail:       tparrish@rodey.com
                  aschultz@rodey.com

                -and-

CHADBOURNE & PARKE LLP
        Donald I. Strauber
        Mary T. Yelenick
        Garrett S. Kamen
30 Rockefeller Plaza
New York, NY 10112
Telephone:    (212) 408-5100
Facsimile:    (212) 541-5369
dstrauber@chadbourne.com
myelenick@chadbourne.com
gkamen@chadbourne.com

>CHADBOURNE & PARKE LLP
>Robin D. Ball
>350 South Grand Ave., 32nd Floor
>Los Angeles, CA 90071
>Telephone: (213) 892-2025
>Facsimile: (213) 892-2045
>E-mail: rball@chadbourne.com
>
>*Attorneys for Defendant Beam Global Spirits & Wine LLC, formerly known as Beam Global Spirits & Wine, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2012, the foregoing *Entry of Appearance* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

>Jerry Todd Wertheim
>John V. Wertheim
>Elizabeth C. Clifford
>JONES, SNEAD, WERTHEIM & WENTWORTH, P.A.
>P.O. Box 2228
>Santa Fe, NM 87504
>todd@thejonesfirm.com
>johnv@thejonesfirm.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By   */s/ Andrew G. Schultz*                              .
    Andrew G. Schultz