UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW MEXICO

KAYLYN ROTH, on behalf of herself
and those similarly situated,

      Plaintiff,

v.                                 Case No. 11-cv-1023-BB-RHS

BEAM GLOBAL SPIRITS &
WINE, INC.,

      Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR STAY

      This matter comes before the Court upon Plaintiff's Unopposed Motion for Stay.  For

good cause shown, the Motion is granted and it is hereby ordered, adjudged and decreed that the

litigation in this matter is stayed pending further order of this Court.

_____
UNITED STATES DISTRICT JUDGE

Submitted:

JONES, SNEAD, WERTHEIM
  & WENTWORTH, P.A.

By: /s/ *John V. Wertheim*
      John V. Wertheim
      P. O. Box 2228
      Santa Fe, NM 87504
      (505) 982-0011

Approved:

RODEY, DICKASON, SLOAN
  AKIN & ROBB, P.A.A

By: Electronically approved 5/2/12
      Andrew G. Schultz
      P. O. Box 1888
      Albuquerque, NM 87103
      (505) 765-5900