UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW MEXICO

KAYLYN ROTH, on behalf of herself
and those similarly situated,

      Plaintiff,

v.                                    Case No. 11-cv-1023-MCA-RHS

BEAM GLOBAL SPIRITS &
WINE, INC.,

      Defendant.

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Kaylyn Roth, and Defendant Beam Global Spirits and Wine, Inc, by and through their respective attorneys, JONES, SNEAD, WERTHEIM & CLIFFORD, P.A. for Plaintiff and RODEY, DICKASON, SLOAN, AKIN & ROBB and CHADBOURNE & PARKE, LLP for Defendant, and pursuant to Rule 41(a)(1) hereby stipulate to a dismissal with prejudice of the above numbered and styled cause.

Each party shall bear its own costs and legal fees.

Respectfully Submitted,

JONES, SNEAD, WERTHEIM
  & CLIFFORD, P.A.

/s/ *Elizabeth C. Clifford*
JERRY TODD WERTHEIM
JOHN V. WERTHEIM
ELIZABETH C. CLIFFORD
P.O. Box 2228
Santa Fe, New Mexico 87504
(505) 982-0011

  /s/ Theresa W. Parrish (via email 2/5/13 )
Andrew G. Schultz
Theresa W. Parrish
Rodey, Dickason, Sloan,
   Akin & Robb, P.A.
P.I. box 1888
Albuquerque, NM 87103-1888
(505) 765-5900

Mary T. Yelenick
Donald I. Strauber
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, BY 10112
(212) 408-5100

Robin D. Ball
Chadbourne & Parke LLP
350 South Grand Ave., 32nd Floor
Los Angeles, CA 90071
(323) 892-2025

## CERTIFICATE OF SERVICE

     I hereby certify that on February 5, 2013 I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court of the United States District Court for the District of New Mexico using the CM/ECF system which will send notification of such filing to all counsel of record.

                                /s/ *Elizabeth C. Clifford*_____
                                Elizabeth C. Clifford